No. 74–319. MARSHALL ET AL. v. CITY OF SEATTLE. Sup. Ct. Wash. Certiorari denied.

No. 74–329. PAT RYAN & ASSOCIATES, INC. v. OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 74–330. TUCKER v. THRELKELD. C. A. 9th Cir. Certiorari denied.

No. 74–331. TUCKER v. CRIKELAIR. C. A. 9th Cir. Certiorari denied.

No. 74–334. YORTY v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT (CITY COUNCIL OF LOS ANGELES, REAL PARTY IN INTEREST). Sup. Ct. Cal. Certiorari denied.

No. 74–349. HUSMAN EXPRESS CO. v. BRYAN TRUCK LINE, INC. Sup. Ct. Ohio. Certiorari denied.

No. 74–356. BROOKLYN HEIGHTS PRESBYTERIAN CHURCH ET AL. v. UNITED PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 74–359. THIBODEAU ET AL. v. MINNESOTA STATE BAR ASSN. Sup. Ct. Minn. Certiorari denied.

No. 74–367. CHISHOLM BROTHERS FARM EQUIPMENT CO. v. INTERNATIONAL HARVESTER CO. C. A. 9th Cir. Certiorari denied.

No. 74–381. NAPPER ET UX. v. ANDERSON, HENLEY, SHIELDS, BRADFORD & PRITCHARD ET AL. Sup. Ct. Ark. Certiorari denied.